UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE BOASA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | No. 3:13-CV-1112 (MPS) |

**RULING AND ORDER**

*The Ruling and Order (doc. # 28) of February 8, 2016, is VACATED and replaced with this Ruling and Order. The Judgment (doc. # 23) remains.*

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges, and in the absence of any objection from either party, the Court APPROVES AND ACCEPTS United States Magistrate Judge Donna F. Martinez's Recommended Ruling [doc. # 21]. The Court GRANTS Plaintiff's Motion to Reverse the Decision of the Commissioner [doc. # 16] and DENIES the Defendant's motion to affirm the decision of the Commissioner [doc. # 19]. The case is REMANDED to the Commissioner for further proceedings.

IT IS SO ORDERED.

/s/
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
             February 23, 2016